**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7748**

CRAIG LATWAIN CHESTNUT,

           Plaintiff - Appellant,

     v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Turbeville
Correction Institution; CHARLES BROWN, SCDC Employee
Officer,

           Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Richard Mark Gergel, District
Judge. (3:10-cv-02050-RMG)

Submitted: March 31, 2011        Decided: April 6, 2011

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Craig Latwain Chestnut, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Latwain Chestnut appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Chestnut's motion for appointment of counsel and affirm for the reasons stated by the district court. Chestnut v. S.C. Dep't of Corr., No. 3:10-cv-02050-RMG (D.S.C. Oct. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED